IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:15-mj-312-DCK |
| | ) | |
| v. | ) | |
| | ) | |
| **ANTHONY KING** *et al* | ) | **ORDER** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 11) the charges against Defendants (1) ANTHONY KING, (2) JEFFREY LYNN, and (3) RYAN WILLOUGHBY in the criminal Complaint in the above-captioned case without prejudice, filed September 14, 2015.

**IT IS HEREBY ORDERED** that the motion be **GRANTED** and that the charges against Defendants (1) ANTHONY KING, (2) JEFFREY LYNN, and (3) RYAN WILLOUGHBY in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: September 14, 2015

David C. Keesler
United States Magistrate Judge